UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
P.O. NATALIE WORTHINGTON,

                Plaintiff,

- against -

COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, JOHN GALLAGHER,
PHILIP ROBILOTTO, PETER QUINN, AND
ARMANDO VALENCIA,

                Defendants.
-------------------------------------------------------------------X

02 CV 723
(Hon. Dora L. Irizzary)
(Hon. Arlene R. Lindsay)

**STIPULATION DISCONTINUING ACTION**

       **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee and no person not a party herein has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, **with prejudice**, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: September 26, 2007

| MEENAN & ASSOCIATES, LLC | NANESS, CHAIET & NANESS, LLC |
|---|---|
| By: *[signature]* | By: *[signature]* |
| By: Colleen Meenan, Esq. (CM7439) | By: Clifford P. Chaiet, Esq. (CC0609) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 64 Fulton Street, Suite 502 | 375 North Broadway, Suite 208 |
| New York, New York 10038 | Jericho, New York 11753 |
| Tel: (212) 226-7334 | Tel: (516) 827-4300 |
| Fax: (212) 226-7716 | Fax: (516) 827-0202 |